USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRIAM NACHISON,

                          Plaintiff,

          -against-

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and AMERICAN EXPRESS NATIONAL BANK,

                          Defendants.

1:22-cv-02833-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Plaintiff informing the Court that the Plaintiff

and Defendant Experian Information Solutions, Inc have reached a settlement in principle [ECF

No. 23].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued

**solely as to Experian Information Solutions, Inc.** without costs to any party and without prejudice

to restoring the action to this Court's calendar if the parties are unable to memorialize their

settlement in writing and as long as the application to restore the action is made by July 25, 2022.

If no such application is made by that date, today's dismissal of the action is with prejudice. *See*

*Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  June 10, 2022**
**       New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**